## File Hashes for IP Address 100.36.25.98

**ISP:** Verizon Online, LLC
**Physical Location:** Reston, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/20/2015 16:13:42 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |

**Total Statutory Claims Against Defendant: 127**

EXHIBIT A

EVA244