UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 100.36.25.98,

    Defendant.

CASE NO.: 1:15-cv-00561-LMB-TCB

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have an additional forty-five (45) days, or until October 11, 2015, to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 28st day of August, 2015.

By: /s/
Theresa Carroll Buchanan
United States Magistrate Judge

1