IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.

    Civil Action No. 1:15-cv-00561-LMB-TCB

JOHN DOE, subscriber assigned IP address
100.36.25.98,

    Defendant,

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>WITH PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 100.36.25.98. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September    , 2015

                                 Respectfully submitted,

                                 By:   /s/ *William E. Tabot*
                                 William E. Tabot PC
                                 9248 Mosby Street
                                 Manassas, VA 20110-5038
                                 Phone: 703-530-7075
                                 Email: wetabotesq@wetlawfirm.com
                                 *Attorney for Plaintiff*

So Ordered

                                 /s/      9/15/15
                                 Leonie M. Brinkema
                                 United States District Judge